**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
RASHEEN SCOTT and JACOB WILLIAMS   :
Individually, and on Behalf of      : **ECF**
All Other Persons Similarly Situated,    :  **2006 Civ. 3586 (AKH)**
              :
     **Plaintiffs,**     :
              :
   **-against-**      :
              :
SAME DAY DELIVERY INC., ROCCO VINCENT :
D'AMASSANDRO, SCOTT WEINSTEIN,     :
STEVE PILAVIN, DUANE READE INC., and  :
JOHN DOES # 1-10, Jointly and Severally,   :
              :
     **Defendants.**    :
-------------------------------------------------------------------x

### STIPULATION AND TOLLING AGREEMENT

   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs RASHEEN

SCOTT and JACOB WILLIAMS, Individually, and on Behalf of All Other Persons Similarly

Situated ("Plaintiff") and Defendants SAME DAY DELIVERY INC., ROCCO VINCENT

D'AMASSANDRO, SCOTT WEINSTEIN, and STEVE PILAVIN (together "Same Day

Defendants"), through their undersigned attorneys, that the Same Day Defendants' time to answer,

move, or otherwise respond to the Complaint in this matter shall be extended for 30 days from May

25, 2007 to and including June 24, 2007 and that Defendants waive any defense based on improper

or defective service of process.

   IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiff and the Same

Day Defendants, through their undersigned attorneys who state that they have been authorized to

enter this Stipulation And Tolling Agreement, that the statute of limitations period for alleged

violations of the Fair Labor Standard Act ("FLSA") set forth in the Complaint by individuals

purporting to be similarly situated to Plaintiffs who may Opt-In to the collective action shall hereby

1

be deemed tolled for the period of 30 days beginning , May 25, 2007 and ending June 24, 2007 (the

Tolling Period") and that such Tolling Period will be extended until the date that an answer is filed

by the Same Day Defendants, if it is not filed on or before June 24, 2007.

DATED: MAY 15, 2007

William C. Rand (WR 7685)
LAW OFFICE OF WILLIAM COUDERT RAND
711 Third Avenue, Suite 1505
New York, New York 10017
(212) 286-1425
Attorneys for Plaintiff

Michael Mauro (MM 9067)
Milman & Heidecker
3000 Marcus Avenue, Suite 3W3
Lake Success, New York 11042
Telephone: (516) 328-8899
Facsimile: (516) 328-0082
Attorneys for Same Day Defendants


SO ORDERED THIS
DAY OF      , 2007.

                                        _____
                                                    U.S.D.J.

2