HELLERSTEIN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RASHEEN SCOTT and JACOB WILLIAMS
Individually, and on Behalf of
All Other Persons Similarly Situated,

                 Plaintiffs,

-against-

SAME DAY DELIVERY INC., ROCCO VINCENT
D'AMASSANDRO, SCOTT WEINSTEIN,
STEVE PILAVIN, DUANE READE INC., and
JOHN DOES # 1-10, Jointly and Severally,

                 Defendants.
----------------------------------------------------------------X

ECF Case
2006 Civ. 3586 (AKH)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/07

## STIPULATION AND TOLLING AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs RASHEEN SCOTT and JACOB WILLIAMS, Individually, and on Behalf of All Other Persons Similarly Situated ("Plaintiff") and Defendant DUANE READE INC. ("Duane Reade"), through their undersigned attorneys, that Duane Reade's time to answer, move, or otherwise respond to the Complaint in this matter shall be extended for 30 days from May 29, 2007 to and including June 28, 2007 and that Duane Reade waives any defense based on improper or defective service of process.

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiff and Duane Reade, through their undersigned attorneys who state that they have been authorized to enter this Stipulation And Tolling Agreement, that the statute of limitations period for alleged violations of the Fair Labor Standard Act ("FLSA") set forth in the Complaint by individuals purporting to be similarly situated to Plaintiffs who may Opt-In to the collective action shall hereby be deemed tolled for the period of 30 days beginning May 29, 2007 and ending June 28, 2007 (the Tolling

1

Period") and that such Tolling Period will be extended until the date that an answer is filed by the Duane Reade, if it is not filed on or before June 28, 2007.

DATED: MAY 24, 2007

_____
William C. Rand (WR 7685)
LAW OFFICE OF WILLIAM COUDERT RAND
711 Third Avenue, Suite 1505
New York, New York 10017
(212) 286-1425
Attorneys for Plaintiffs

_____
Craig R. Benson (CB 9531)
LITTLER MENDELSON, P.C.
885 Third Avenue, 16th Floor
New York, NY 10022
Telephone: (212) 583-9600
Facsimile: (212) 832-2719
Attorneys for Duane Reade Inc.

SO ORDERED THIS 31
DAY OF May, 2007.

_____, U.S.D.J.

Part J

2