UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
RASHEEN SCOTT and JACOB WILLIAMS                :
Individually, and on Behalf of                              :        ECF
All Other Persons Similarly Situated,                    :        07 Civ. 3586 (AKH)
                                                                              :
                                   **Plaintiffs,**                   :
                                                                              :
         -against-                                                     :
                                                                              :
SAME DAY DELIVERY INC., ROCCO VINCENT   :
D'AMASSANDRO, SCOTT WEINSTEIN,              :
STEVE PILAVIN, DUANE READE INC., and        :
JOHN DOES # 1-10, Jointly and Severally,          :
                                                                              :
                                   **Defendants.**                :
------------------------------------------------------------------------x

      Pursuant to Rule 7.1 of the F.R.C.P. and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants SAME DAY DELIVERY INC., ROCCO VINCENT D'AMASSANDRO, SCOTT WEINSTEIN, and STEVE PILAVIN, state that there are no parent corporations or any publicly held corporation which owns 10% or more of the their stock.

Dated: June 22, 2007

                                                                       Respectfully submitted,

                                                                       **MILMAN & HEIDECKER**

                                                                       /s/_____
                                                                       Robert F. Milman, Esq. (RM-3037)
                                                                       Michael J. Mauro, Esq. (MM-9067)
                                                                       Attorneys for Defendants
                                                                       3000 Marcus Ave., Suite 3W3
                                                                       Lake Success, NY  11042
                                                                       (516) 328-8899