LITTLER MENDELSON, P.C.
  Craig R. Benson (CB-9531)
  Sara D. Sheinkin (SS-9719)
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600

Attorneys for Defendant
  Duane Reade Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RASHEEN SCOTT and JACOB WILLIAMS Individually, and on Behalf of All Other Persons Similarly Situated,

        Plaintiffs,

    -against-

SAME DAY DELIVERY INC., ROCCO VINCENT D'AMASSANDRO, SCOTT WEINSTEIN, STEVE PILAVIN, DUANE READE INC., and JOHN DOES #1-10, Jointly and Severally,

        Defendants.

07 CV 3586 (AKH)

**DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

**Electronically Filed**

---

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Honorable Judges and Magistrate Judges of the above-captioned Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Duane Reade Inc. state that Duane Reade, Inc. is wholly-owned by its parent corporation, Duane Reade Holdings, Inc. and that no other publicly held corporation owns 10% or more of Duane Reade, Inc.'s stock.

Date:   June 28, 2007
        New York, New York

    /s Sara Sheinkin
Craig R. Benson (CB-9531)
Sara Danielle Sheinkin (SS-9719)
LITTLER MENDELSON
  A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600

Attorneys for Defendant
  Duane Reade, Inc.