# MILMAN & HEIDECKER
### ATTORNEYS AT LAW
3000 MARCUS AVENUE
SUITE 3W3
LAKE SUCCESS, NEW YORK 11042

LAWRENCE I. MILMAN
PERRY S. HEIDECKER
ROBERT F. MILMAN
RICHARD I. MILMAN
JOSEPH M. LABUDA*

*ALSO ADMITTED IN NJ

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

MICHAEL J. MAURO
Author's Direct Email Address:
mikemauro@milmanheidecker.com

Direct Dial:
(516) 303-1393

Via Facsimile &
First Class Mail
(212) 805-7942

RECEIVED JUL 3 0 2007
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

July 27, 2007

Hon. Alvin K. Hellerstein, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1050
New York, NY 10007

The conf. is adjourned
to Sep. 7, 2007, 9:30 a.m.
7-30-07
[signature] A.K. Hellerstein

Re:   **Rasheen Scott and Jacob Williams v. Same Day Delivery, et al.**
      Docket No: 07-CV-3586
      Our File No: 51-2007

Dear Judge Hellerstein:

This firm represents the Defendants in the above referenced matter. The discovery scheduling conference is set for August 3, 2007. The parties jointly seek a two-week adjournment of the conference for the reasons set forth herein.

The parties are engaged in settlement discussions. As a result of these efforts, a settlement may be forthcoming imminently. The parties believe that the two week extension will provide the requisite time to determine whether settlement can be reached.

Thank you for entertaining this request.

Very truly,

MILMAN & HEIDECKER

[signature]
Michael J. Mauro

Cc:   William C. Rand, Esq.
      Law Office of William Coudert Rand
      Attorneys for Plaintiff