# MILMAN & HEIDECKER
### ATTORNEYS AT LAW
3000 MARCUS AVENUE
SUITE 3W3
LAKE SUCCESS, NEW YORK 11042

LAWRENCE I. MILMAN
PERRY S. HEIDECKER
ROBERT F. MILMAN
RICHARD I. MILMAN
JOSEPH M. LABUDA*

*ALSO ADMITTED IN NJ

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

MICHAEL J. MAURO
MATTHEW J. MERNERT
JAMIE S. FELSEN

*Received SEP 05 2007*

*USDC SDNY stamp, Date: 9/6/07*

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

*/s/ Alvin K. Hellerstein*
Alvin K. Hellerstein, U.S.D.J.
Date: 9/6/07

**Via Facsimile (212)-805-7942**
**& First Class Mail**

September 5, 2007

Hon. Alvin K. Hellerstein, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1050
New York, NY 10007

Re: **Rasheen Scott and Jacob Williams v. Same Day Delivery, et al.**
**Docket No: 07-CV-3586**
**Our File No: 51-2007**

Dear Judge Hellerstein:

This firm represents the Defendants in the above referenced matter. The discovery scheduling conference is set for September 7, 2007. The parties have arrived at an agreement in principle to settle the lawsuit and are in the process of exchanging documents relevant to the settlement. As a consequence, the parties jointly request that the conference be adjourned in contemplation of settlement.

Thank you for entertaining this request.

Very truly,

MILMAN & HEIDECKER

*/s/ Robert F. Milman*
Robert F. Milman

Cc: William C. Rand, Esq.
Law Office of William Coudert Rand
Attorneys for Plaintiff